MAC-AIRE AVIATION CORPORATION ET AL. *v.* CORPORATE AIR, INC.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph F. Keefe,* in support of the petition.

*Thomas F. Parker,* in opposition.

Submitted March 24—decided April 7, 1970

STATE OF CONNECTICUT *v.* JAMES A. PRICE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John R. Williams,* in support of the petition.

*Norman F. Fishbein,* assistant prosecuting attorney, in opposition.

Submitted March 26—decided.April 8, 1970

MAC-AIRE AVIATION CORPORATION ET AL. *v.* CORPORATE AIR, INC.

The motions by the plaintiffs to dismiss the defendant's motion for reargument and for an immediate order of execution of the judgment of the Circuit Court in the fourteenth circuit are denied.

*Thomas F. Parker,* on the motions.

*Joseph F. Keefe,* in opposition.

Submitted April 14—decided April 22, 1970